# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN ALICIA DALE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No.: 1:20-cv-0344 JLT<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED OCTOBER 13, 2021 (Doc. 15) |

　　　　Previously, the Court ordered Plaintiff to show cause why sanctions should not be imposed for failure to comply with the Court's scheduling order and failure to prosecute this case. (Doc. 15 at 2.) In the alternative, Plaintiff was directed to file an opening brief. (*Id.*) Plaintiff has since filed a motion for summary judgment. (Doc. 16.) Accordingly, the Court **ORDERS**: the order to show cause dated October 13, 2021 (Doc. 15) is **DISCHARGED**.

IT IS SO ORDERED.

　　Dated:  **November 17, 2021**　　　　　　　　_ /s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE