# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN ALICIA DALE,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:20-cv-0344 JLT<br><br>ORDER GRANTING THE COMMISSIONER'S REQUEST FOR AN EXTENSION OF TIME<br><br>(Doc. 18) |

On December 9, 2021, the Commissioner filed a stipulation of the parties for an extension of 31 days to respond to Plaintiff's motion for summary judgment. (Doc. 18.) Chantal Jenkins, counsel for the Commissioner, asserts that the additional time is necessary due to the workload of the Region IX Office. (*Id.* at 2-3.) Plaintiff does not oppose the request, and it does not appear either party would be prejudiced by the delay. Accordingly, the Court **ORDERS**:

1. The request for an extension of time (Doc. 18) is **GRANTED**; and
2. The Commissioner **SHALL** file a response no later than **January 10, 2022**.

IT IS SO ORDERED.

Dated: __December 9, 2021__            _/s/ Jennifer L. Thurston_
                                                             CHIEF UNITED STATES MAGISTRATE JUDGE